# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY E. PROCTOR, | : | Civil No. 3:16-CV-1666 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| C.O. GRAFFUS, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

March 27, 2017

In accordance with the memorandum issued this date, **IT IS HEREBY**

**ORDERED THAT:**

1. Plaintiff's motion for leave to proceed *in forma pauperis* is granted. August 11, 2016, ECF No. 2.

2. The Clerk of Court is directed to issue an Administrative Order in this matter.

3. The first two counts of the complaint are dismissed for failure to state a claim upon which relief may be granted.

4. Within twenty (20) days from the date of this Order, Plaintiff may submit an amended complaint in this action in strict accordance with the accompanying memorandum. Failure to do so will result in the Court proceeding only on the third cause of action set forth in the complaint.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge