# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY E. PROCTOR, | : | |
| Plaintiff, | : | |
| v. | : | No. 3:16-CV-1666 |
| C. O. GRAFFFUS, *et al.*, | : | (Judge Brann) |
| Defendants. | : | |

## ORDER

**AND NOW**, this 15th day of March 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss the amended complaint (Doc. 20) is **GRANTED.**

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge